UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patricia Crumley,

Plaintiff,

Civil No. 00-2110 (RHK/JMM)

v.

**ORDER**

City of St. Paul, Michael Bratsch, and Gerald Bohling, Officers,

Defendants.

---

Defendant's Motion for Dismissal is referred to Magistrate Judge John M. Mason for a recommended disposition.

Dated: May 30, 2001

RICHARD H. KYLE
United States District Judge

FILED MAY 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______