C00-2110 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ORDER RE: SUBMISSION OF TRIAL MATERIALS FOR FEBRUARY, 2002TRIAL CALENDAR**

Attached is an updated list of cases deemed ready for trial before the undersigned beginning February 1, 2002. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By January 16, 2002:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By January 23, 2002:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By January 29, 2002: Responses to the Written Objections.

Dated: November 30, 2001

RICHARD H. KYLE
United States District Judge

NOV 28 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | **Darryl Turnipseed**<br><br>**vs CV 00-1508 RHK/SRN**<br>**JURY**<br><br>**City of Minneapolis, etal** | **Loren Dorshow**<br>**612-529-3333**<br><br><br><br>**Peter Ginder**<br>**612-673-2010** |
| 2. | **Mid-Continent Engineering Inc., etc.**<br><br>**vs CV 00-935 RHK/JMM**<br>**JURY**<br><br>**Parfuse Corporation etal** | **Kurtis Greenley**<br>**612-371-3211**<br><br><br><br>**Jeffrey Bouslog**<br>**612-607-7000**<br>**Jacqueline Moen**<br>**612-338-1838** |
| 3. | **Patricia A. Crumley**<br><br>**vs CV 00-2110 RHK/JMM**<br>**JURY**<br><br>**City of St. Paul etal** | **Larry Reed**<br>**612-374-5858**<br><br><br><br>**Pierre N. Regnier**<br>**651-290-6500** |

| | | |
|---|---|---|
| **4.** | **Kathy Heisler** | **Beth Bertelson**<br>**612-373-9832** |
| | **vs CV 00-2749 RHK/JMM**<br>**JURY** | |
| | **Metropolitan Council Transit Operations etc.** | **Thomas Marshall**<br>**612-341-8131** |
| **5.** | **Daniel Bonnell etc.** | **Margaret O'Sullivan Kane**<br>**651-222-8611** |
| | **vs CV 00-2651 RHK/SRN**<br>**COURT** | |
| | **Marshall Public School District No. 413**<br>**etal** | **Scott Anderson**<br>**612-339-0060** |
| **6.** | **Rory Chavez** | **William Walker Jr.**<br>**612-821-0094** |
| | **vs CV 01-27 RHK/JMM**<br>**COURT** | |
| | **City of St. Paul**<br>**etal** | **Frank E. Villaume III**<br>**651-266-8770** |

| | | |
|---|---|---|
| 7. | United States of America | Lizabeth McKibben<br>612-664-5600 |
| | vs CV 01-603 RHK/JMM<br>COURT | |
| | $26,000.00 In US Currency<br>----- | |
| | Yong Mansfield | Charles Hawkins<br>612-339-6921 |