# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Patricia A. Crumley

v.

City of St. Paul and Police Officers
Michael Bratsch and Gerald Bohlig

Case No. Civil 00-2110RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is **GRANTED**; Counts 7 and 8 are **DISMISSED WITH PREJUDICE** and plaintiff's state law claims, Count 1-6 and 9 are **DISMISSED WITHOUT PREJUDICE**.

DATE: December 21, 2001

RICHARD D. SLETTEN, CLERK

Denise La Fond, Deputy Clerk