UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patricia A. Crumley,

Plaintiff, Civil 00-CV-2110 RHK

v.

City of St. Paul, Michael Bratsch and Gerald Bohling, Officers,

Defendants.

COST JUDGMENT

The costs of Defendants have been taxed and allowed by the Clerk of this Court against Plaintiff Patricia A. Crumley as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $811.60 | $811.60 |
| Copies | $219.70 | $219.70 |
| Other transcripts | $565.23 | $565.23 |
| TOTAL: | $1,596.53 | $1,596.53 |

Costs, therefore, are taxed in the sum of One Thousand Five Hundred Ninety-Six Dollars and 53/100 ($1,596.53) in favor of Defendants and against Plaintiff and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of June 19, 2003.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti
Law Clerk

FILED JUN 19 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## TAXATION OF COSTS SUMMARY

Civil# 00 CV 2110 RHK

Patricia A. Crumley
v.
City of St. Paul, Michael Bratsch, and Gerald Bohling, Officers.

---

I Fees of the court reporter

| | | | |
|---|---|---|---|
| Claimed | $811.60 | Allowed | $811.60 |

No objection

II Copies

| | | | |
|---|---|---|---|
| Claimed | $219.70 | Allowed | $219.70 |

No objection

III Other Transcripts

| | | | |
|---|---|---|---|
| Claimed | $565.23 | Allowed | $565.23 |

No objection

**TOTAL ALLOWED: $1,596.53**

Dated: June 19, 2003