UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patricia A. Crumley,

Plaintiff,

v.

City of St. Paul, Michael Bratsch, and Gerald Bohling, Police Officers,

Defendants.

Civil No. 00-2110 (RHK)

**ORDER**

---

Pursuant to agreement of Counsel, the Cost Judgment (Doc. No. 47) is **VACATED** and the Motion for Review By The Court (Doc. No. 48) is **DENIED AS MOOT**.

Dated: January 9, 2004

RICHARD H. KYLE
United States District Judge

JAN 0 9 2004